UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AIMANE ACHKOUR | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | )  Civil Action No. 26-11702-JEK ) |
| ANONTE MONIZ, et al | ) ) ) |
| Defendant(s). | ) ) ) |

## **ORDER OF DISMISSAL**

**KOBICK, D.J.**

In accordance with the Court's Electronic Order entered April 28, 2026, ECF 10, it

is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated: April 28, 2026

/s/ Haley Currie

Deputy Clerk